```
KATHRYN J. FRITZ (CSB No. 148200)
kfritz@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200
```

Attorneys for Defendants
UPWORK INC. and UPWORK GLOBAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FREELANCER TECHNOLOGY PTY LIMITED and FREELANCER INTERNATIONAL PTY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>UPWORK INC. and UPWORK GLOBAL INC.,<br><br>Defendants. | Case No.: 3:20-cv-06132-SI<br><br>**NOTICE OF APPEARANCE OF MEGHAN E. FENZEL**<br><br>Judge: Hon. Susan Illston |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants Upwork Inc. and Upwork Global Inc. ("Upwork") file this Notice of Appearance and notify the Court that Meghan Elyse Fenzel of the law firm of Fenwick & West LLP is hereby appearing as counsel for Upwork in the above-referenced matter.

Ms. Fenzel's email addresses for purposes of receipt of Notices of Electronic Filing are:

mfenzel@fenwick.com; vschmitt@fenwick.com

For other purposes, contact information for counsel is set forth above. Upwork requests that Ms. Fenzel be included on the Court's and parties' service lists.

Dated:   September 2, 2020                   FENWICK & WEST LLP

By: *s/ Meghan E. Fenzel*
    Meghan E. Fenzel

Attorney for Defendants UPWORK INC. and UPWORK GLOBAL INC.