UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREELANCER INTERNATIONAL PTY LIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UPWORK GLOBAL, INC., et al., <br><br> Defendants. | Case No. 20-cv-06132-SI <br><br> **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY** <br><br> Re: Dkt. No. 45 |

In light of arguments made in plaintiffs' reply brief, the Court GRANTS defendants' request to file a sur-reply of no more than 5 pages, exclusive of declarations (though the Court encourages defendants to keep any declarations short as well). Dkt. Nos. 43 (Reply), 45 (Mot.). At this time, the Court refrains from ruling on defendants' various objections to evidence and arguments contained in plaintiffs' reply brief.

Defendants' sur-reply is due on or before **October 8, 2020 at 12 pm**.

**IT IS SO ORDERED**.

Dated: October 6, 2020

_____
SUSAN ILLSTON
United States District Judge