UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREELANCER INTERNATIONAL PTY LIMITED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UPWORK GLOBAL, INC., et al.,<br><br>Defendants. | Case No. 20-cv-06132-SI<br><br>**ORDER LIFTING STAY; SETTING INITIAL CMC; SCHEDULING DEADLINES FOR PARTIES' MEET AND CONFER AND DEFENDANTS' RESPONSE TO COMPLAINT** |

On August 31, 2020, plaintiffs Freelancer Technology PTY Limited and Freelancer International PTY Limited filed a complaint alleging ten causes of action[1] against defendants Upwork Inc. and Upwork Global Inc. Dkt. No. 1.

On October 23, 2020, the Court denied plaintiffs' request for a preliminary injunction. Dkt. No. 53. On November 18, 2020, the Court granted the parties' stipulation to stay the case pending plaintiffs' appeal of the Court's Order Denying Preliminary Injunction. Dkt. No. 64. The Ninth Circuit affirmed the Court's order on June 22, 2021. Dkt. No. 66. On August 16, 2021, the parties filed a joint status report requesting the Court lift the stay on the case and schedule deadlines relating to defendants' response to the complaint. Dkt. No. 69.

Accordingly, the Court hereby **GRANTS** the parties' request to lift the stay. The parties shall meet and confer by August 23, 2021 to discuss plaintiffs' claims and defendants' response to the complaint. Defendants shall file a response to the complaint by September 6, 2021. An initial

---

[1] The ten causes of action are: (1) Counterfeiting; (2) Federal Trademark Infringement; (3) Federal Unfair Competition; (4) California Unfair Competition; (5) Common Law Unfair Competition; (6) Common Law Trademark Infringement; (7) Common Law Trade Name Infringement; (8) Tortious Interference with Prospective Economic Advantage; (9) California AntiPhishing Act; and (10) California False Advertising.

case management conference will be held on September 17, 2021 at 2:30 p.m.

**IT IS SO ORDERED**.

Dated: August 18, 2021

SUSAN ILLSTON
United States District Judge