UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREELANCER INTERNATIONAL PTY LIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UPWORK GLOBAL, INC., et al., <br><br> Defendants. | Case No. 20-cv-06132-SI <br><br> **SCHEDULING ORDER** <br><br> Re: Dkt. No. 99 |

Having considered the parties' proposed schedules, the Court hereby orders the following:

| Event | Deadline |
|---|---|
| Parties Serve Initial Disclosures | February 28, 2022 |
| Fact Discovery Opens | February 28, 2022 |
| Deadline to Amend Pleadings to Add Claims or Parties | February 28, 2022 |
| File Joint CMS | Friday April 29, 2022 |
| CMC | Friday May 6, 2022 at 3 pm |
| Fact Discovery Closes | September 13, 2022 |
| Expert Reports And/Or Reports As To Issues On Which The Party Bears the Burden of Proof | Tuesday October 4, 2022 |
| Rebuttal Expert Reports And/Or Reports As To Issues On Which The Party Does NOT Bear The Burden of Proof Served | Tuesday November 1, 2022 |
| Expert Discovery Closes | Friday November 18, 2022 |

| | |
|---|---|
| Deadline to File Dispositive Motions and Daubert Motions | Friday December 16, 2022 |
| Deadline to File Oppositions to Dispositive Motions and Daubert Motions | Friday January 13, 2023 |
| Deadline to File Replies to Dispositive Motions and Daubert Motions | Friday January 27, 2023 |
| Hearing on Dispositive Motions and Daubert Motions | Friday February 17, 2023 |
| Parties Exchange Final Witness Lists (including lay and expert witness statements), Final Deposition Designations, Final Exhibit Lists and one copy of all exhibits, Proposed Jury Instructions, Proposed Jury Verdict Forms | Friday March 17, 2023 |
| Parties Exchange Objections to Witness Lists, Objections to Deposition Designations, Objections to Exhibits, Objections to Jury Instructions, Objections to Jury Verdict Forms, Rebuttal Deposition Designations | Friday March 31, 2023 |
| Parties Exchange Objections to Rebuttal Deposition Designations | Friday April 7, 2023 |
| Deadline to File Pretrial Statement, Deadline to File Motions in Limine, Deadline to file proposed questions for Voir Dire, proposed Verdict Forms, joint preliminary statement to be read to the jury, joint set of jury instructions (including agreed and contested instructions) | Friday May 5, 2023 |
| Deadline for Parties to Make Good Faith Effort | Friday May 19, 2023 |

| | |
|---|---|
| to Stipulate to Admissibility of Exhibits | |
| Deadline to File Oppositions to Motions In Limine | Friday May 26, 2023 |
| Deadline for Parties to meet and confer regarding agreed-upon resolution of any objections | Friday May 26, 2023 |
| Deadline for any party wanting daily transcript or realtime reporting to make arrangements with Court Reporter Supervisor | Wednesday June 6, 2023 |
| Pretrial Conference | Tuesday June 20, 2023 |
| Deadline to file stipulation re trial equipment: parties shall file a stipulation re all trial equipment they wish to bring into the Courthouse (NOT including laptops) | Tuesday June 27, 2023 |
| Deadline to Provide Three Sets of Exhibits to Court | Friday June 30, 2023 |
| Trial Commences | Monday July 10, 2023 |

**IT IS SO ORDERED**.

Dated: February 23, 2022

_____
SUSAN ILLSTON
United States District Judge

3